# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Kari Mero

Jason Smith

_____

vs

(Full name of defendant(s))

Judge James Isaacson

Judge Steven Gibbs

_____

Case Number:

__22-cv-217-wmc__

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

__501 Summit Ave, Chippewa Falls WI 54729__
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant _Judge James Isaacson_
                              (Name)

is (if a person or private corporation) a citizen of _Wisconsin_
                                                          (State, if known)

and (if a person) resides at _____
                                                    (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Chippewa County Court House, 711 N Bridge St, Chippewa Falls_
                                    (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Judge Isaacson on 6-5-2019 heard only partial of our case, landlord did not have all their evidence for an eviction, both Jason and I had all of our evidence including proof of landlord lying to the courts. (which we still have) The judge then granted a recess to allow landlord to leave to get the evidence, when the landlord came back Isaacson still only listend to Carolyn Nereson our landlord and never listened to what we had to say or look at any of our

proof, He then sent us to another Judge named Steven Gibbs. (See Judge Steven Gibbs statement of claim form.)

2.   Defendant  Judge Steven Gibbs
(Name)

is (if a person or private corporation) a citizen of  Wisconsin
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Chippewa County Court House, Chippewa Falls, WI 54729
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

Judge Gibbs on 11-08-19 Steven Gibbs heard our case and charged us for damages that were made before we moved in, we have pictures showing that we cleaned before we moved out. I asked him if I could show him our other evidence and letters of recommendation from our neighbors and was denied saying he would follow what was first decided.

10-20-21 I went to court in front of Judge Gibbs and requested a court signed satisfaction of

Attachment One (Complaint) – 2

Judgement form, which was granted because the fee was all paid. The landlord never appeared in court, and I showed my proof that they were paid. They never filed the paperwork. I then asked if the eviction could be removed from our records and was denied. Judge Gibbs told me he didn't have the power to remove Jason's and my eviction. As a result, Jason and I have suffered humiliation, great stress, depression, and have been homeless for over a year since 10-20-21 and living in motel rooms. We want to be able to rent an apartment or house, but no landlord or company will rent to us with an eviction on our record. We have lost money that we saved for rent, because we stay in the motel instead of living in the van because I am disabled and need the electricity for my medicine.

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

We want both judges to be fired, for not doing their job by hearing both parties, and looking at all evidence. We want to be awarded money for our pain and suffering plus our loss of funds for motel instead of a place to live. We both also want the eviction removed from our records.

Attachment One (Complaint) – 4

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                    OR
☒    Court Trial – I want a judge to hear my case


Dated this ___18___ day of ___April_____ 20_22_.

Respectfully Submitted,

*Thai Mero*
Signature of Plaintiff

715-497-9794
Plaintiff's Telephone Number

pawsinn03@gmail.com
Plaintiff's Email Address

501 Summit Ave

Chippewa Falls, WI 54729
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5